UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO McKINNEY,

    Petitioner,

v.

G. NEWSON,

    Respondent.

No. 2:19-cv-1695-EFB P

ORDER

Petitioner is a state prisoner who, proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In addition to filing a petition, he has also filed an application to proceed in forma pauperis. ECF No. 5. That application, however, is incomplete. The Certificate to be completed by an authorized officer of the institution has not been filled out. *Id.* at 2. Nor has petitioner otherwise attached an official statement indicating the contents of his prison trust account. Petitioner's application will be denied without prejudice to the filing of a properly-completed application to proceed in forma pauperis.

Accordingly, it is ORDERED that:

1. Petitioner's application to proceed in forma pauperis (ECF No. 5) is denied without prejudice as incomplete;

2. The Clerk of Court is directed to send petitioner a copy of the in forma pauperis application form used in this district; and

1

3. Within thirty days from the date of service of this order, petitioner must submit either the five-dollar filing fee or a completed in forma pauperis application. Failure to do so may result in a recommendation that this action be dismissed for failure to prosecute.

DATED: October 16, 2019.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE